**1034** FITZGERALD vs. AUDITOR GENERAL, No. 12865.

To compel respondent to execute to relator a deed of certain lands sold at a tax sale.

Denied June 29, 1892, with costs.

The sale was made May 4, 1891, and the return showed that,

on April 30, 1892, the delinquent made an application for redemption, and on that date, which was Saturday, mailed to the auditor general from Grand Ledge the necessary money for such redemption, and respondent received the money on Monday morning, and issued a certificate of redemption.